CARTER *v.* BACKUS.

LOG-LIEN PROCEEDINGS.

Case ruled by *Menery* v. *Backus, ante,* 329.

Error to Alcona; Simpson, J. Submitted November 8, 1895. Decided December 10, 1895.

Proceedings under the log-lien law by William Carter against Absalom Backus, Jr. From a judgment for plaintiff, defendant brings error. Affirmed.

*O. H. Smith (R. J. Kelley,* of counsel), for appellant.

*M. J. Connine* and *J. H. Killmaster,* for appellee.

PER CURIAM. This case is ruled by *Menery* v. *Backus, ante,* 329, the first question raised in that case being the only one raised here.